IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DEVON LEE ET AL** § | | **PLAINTIFFS** |
| § | | |
| v. § | Civil No. 1:23-cv-286-HSO-BWR | |
| § | | |
| **ALLEN AUTOMOTIVE, INC. ET AL** § | | **DEFENDANTS** |

## FINAL JUDGMENT OF DISMISSAL

Pursuant to the Order granting Defendant Allen Automotive, Inc.'s Motion [8] to Dismiss and to Compel Arbitration, and the Order granting Defendant Mercedes-Benz Financial Services USA, LLC's Motion [3] to Dismiss entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is dismissed without prejudice as to all parties.

**SO ORDERED** this the 30th day of January, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE